RONALD COX
Petitioner

v

STATE OF MARYLAND
Respondents

IN THE CIRCUIT COURT
FOR
BALTIMORE CITY

Case No. 108018023, 27

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR DISCLOSURE OF SEALED SUPPLEMENT FROM MICHAEL WEST SENTENCING JUDGE FOR POST-CONVICTION PROCEEDING

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF MARYLAND:

THE petitioner Ronald Cox contends that Michael West RDB-08-0372 perjured false statements under oath doing M. Cox trial by telling the court and the juror's when question by Attorney were he engaged in any other prosecutions beside Mr. Cox. West said No. (T. 1-28-09 at pg. 3-130,131). (2) Doing Trial West said that the Allege statements took place at Central Booking on Dec 29, 07 at 8:30AM in a Rec hall area. When in fact "West" and I where on different floors and location at the time he said the Allege statements took place. I received my Prosecutor files in February 2013, and the Prosecutor withheld this central Booking information from the court and juror's that would've exonerated me doing trial, to receive a wrongful conviction when the state knew "West" were the only witness and evidence in the case with No corrobotion from know one but himself. (3) Doing cross-examination West were ask whether, "Concerning his testimony today, did Detective Kershaw or Det. McDermott offer you Anything to testify? West responed they had Not. (T. 1-28-09 p 3-100) As part of the discovery in this case, state Attorney provided defense with 2 letters where Mr. West wrote to "whom this may concern,"

stating that, in return for his cooperation, Detective Kershaw promised him a meeting with the state Attorney office before West received his plea agreement.[4] The state never disclosed whether West is an informant or not, and how much time he received for testifying in my case and others. I will be providing this Court with information that i have ... on West with a Motion to disclosed Michael West Sealed Supplement doing my Post-Conviction Proceeding.

## NO Protection from Certain Prosecutions

Nothing in this Sealed Supplement shall be construed to protect the Defendant in any way from prosecution for perjury, false declaration, or false statement, in violation of 18 U.S.C. §§ 1621, 1623, or 1001; obstruction of justice, in violation of 18 U.S.C. §§ 1503, 1505, 1510, or 1512; or any crime of violence or other offense committed by him after the date of this agreement 1-12-09. The information and documents that he discloses to the government pursuant to this agreement may be used against him in any such prosecution.

The Petitioner Ronald Cox hereby motion this Honorable Court pursuant to Maryland Rule 4-642(D); Unless disclosure of matter occurring before the grand jury is permitted by law without court authorization, a motion for disclosure of such matters shall be failed in the circuit court where the grand jury convened. If the moving party is a state's Attorney who is seeking disclosure for enforcement of the criminal law of a state or the criminal law of the United State's, the hearing shall be ex-parte.

In All other cases, the moving party shall serve a copy of the Motion upon the state's Attorney, the parties to the Judicial proceeding if disclosure is sought in connection with such a proceeding, and such other persons as the court may direct. The Court shall conduct a hearing if requested within 15 days after service of the motion. (Amended May 3, 2007 Effective July 1, 2007; Amended Sept. 10, 2009. Effective Oct 1, 2009).

THE Petitioner Ronald Cox hereby Motion this Honorable Court pursuant to Maryland Rule 4-263; Brady v. Maryland 373 U.S. 83, 10 L. Ed 2d 215, 83 S. Ct. 1194 (1963); Giles v. Maryland, 386 U.S. 66, 17 L. Ed 2d 737, 87 S. Ct. 793 (1967); Bloodsworth v. Maryland 307 Md. 164 (1986) move for the disclosure of the following material that were sealed in Ronald Cox trial before the Honorable Judge Bennett, Trial date January 27, 28, 29, 2009.

A.) The petitioner moves for disclosure of "Sealed Supplement" of Michael West plea agreement doing his Trial, (1) How many other people "West" testify against, (2) How much Reduction of Sentence West received of his 15 yrs to life in prison for handguns violation, (3) And how long "West" been an informant for the State and Federal Government, And any other information that were "Sealed" as well as well by Honorable Judge Bennett.

B.) THE petitioner is requesting a hearing within 15 days after the service of this motion.

C.) THE petitioner further prays to the Court under Md. Rule 4-642(D) And MD Rule 4-263; Brady, that All of the "Sealed" documents be "Unsealed" and sent to the petitioner promptly, So they can be use in his up coming Post-Conviction Proceeding Nov, 2013.

Respectfully Submitted,
Mr. Ronald Cox #355-348

Mr. Ronald Cox #355-348
14100 McMullen Hwy S.W.
Cumberland, Maryland 21502

## Certificate of Service

I Hereby certify that on this 15th day of August 2013 a copy of the following Motion for Disclosure of sealed documents by Michael West Sentencing Judge for Ronald Cox Post-Conviction proceeding was mailed postage prepaid U.S. Mail to Honorable Judge Bennett and the clerk of the United states District Court of Maryland. 101 W. Lomard street, Baltimore Maryland 21202.

*Mr. Ronald Cox #355-348*

Mr. Ronald Cox #355-348